RATHBONE & BANKS *vs.* TUCKER & CARTER.          [175]

ERROR from the supreme court. Tucker and Carter recovered a judgment against Rathbone and Banks in the superior court of the city of New York, which was *affirmed* on writ of error by the supreme court. (See 15 *Wendell*, 498.) The defendants removed the record into this court, where the judgment below was unanimously *affirmed*. The only opinion delivered in this court in favor of affirmance, was by the chancellor, who adverted to a fact found in the bill of exceptions not noticed before in the discussions of the case, viz : that when *Servoss* gave his note he took a receipt specifying that it had been given at *nine months' credit* for the amount of the plaintiff's bill against the ship *Nashville*.
                    Judgment affirmed.